IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>   Plaintiff,<br><br>   v.<br><br>Daniel Axel Garcia,<br><br>   Defendant. | CR 22-01608-003-TUC-RM (LCK)<br><br>PRELIMINARY ORDER OF FORFEITURE<br>(Forfeiture Judgment $12,915.00) |
|---|---|

The defendant pled guilty to Counts Two, Three, Four, and Five of the Indictment, which charges him with Aiding and Abetting a False Statement in Connection with Purchase of Firearms, in violation of Title 18, United States Code, Sections 2, 922(a)(6), and 924(a)(2). The defendant also agrees to admit to the Forfeiture Allegation of the Indictment.

The United States moves under Title 18 United States Code, Section 924(d); Title 28, United States Code, Section 2461(c); and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, to forfeit the following firearms (hereinafter "Firearms Not Seized"):

| Line | Asset Description | Serial Number | Price |
|---|---|---|---|
| 1 | F.N., model Scar 17s, .308 caliber, semi-automatic rifle | HC61469 | $5,000.00 |
| 2 | F.N. Scar 17s, .308 caliber, semi-automatic rifle | HC59025 | $4,500.00 |
| 3 | F.N. Scar 17, 7.62x51mm caliber, semi-automatic rifle | H1C10205 | $3,415.00 |
| | | Total | $12,915.00 |

1  which constitutes firearms involved in or used in violation of the offense to which the
2  defendant pled guilty.
3      The United States has established that pursuant to Title 21, United States Code,
4  Section 853(p), that the Firearms Not Seized, a) cannot be located upon the exercise of
5  due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has
6  been placed beyond the jurisdiction of the court; d) has been substantially diminished in
7  value; or e) has been commingled with other property which cannot be divided without
8  difficulty.
9      The United States has established that the value of the Firearms Not Seized is
10 $12,915.00 in United States currency.
11     THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that pursuant to
12 Title 21, United States Code, Section 853(p), the United States may seek, as a substitute
13 asset, forfeiture of any of the defendant's property up to the value of $12,915.00 in United
14 States currency.
15     IT IS FURTHER ORDERED that each defendant shall receive credit for payments
16 made by the others, which amount shall not exceed $12,915.00 in United States currency.
17     IT IS FURTHER ORDERED that the United States may, at any time, move
18 pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a
19 value not to exceed $12,915.00 in United States currency.
20     IT IS FURTHER ORDERED that pursuant to Fed. R. Crim. P. 32.2(b)(4), this
21 Order of Forfeiture shall become final as to the defendant at the time of sentencing and
22 shall be made part of the sentence and included in the judgment.
23     IT IS FURTHER ORDERED that the United States alone shall hold clear title to the
24 monies paid by the defendant to satisfy this Order following the Court's entry of the
25 judgment of conviction.
26     IT IS FURTHER ORDERED that the United States District Court shall retain
27 jurisdiction in the case for the purpose of enforcing this Order.
28

*United States of America v. Daniel Garcia*
*Order of Forfeiture – Page 2 of 3*

IT IS FURTHER ORDERED that the Clerk is hereby directed to send copies of this Order to defendant's counsel of record.

DATED this 15th day of June, 2023.

_____
LYNNETTE C. KIMMINS
United States Magistrate Judge

*United States of America v. Daniel Garcia*
*Order of Forfeiture – Page 3 of 3*