IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Daniel Axel Garcia,<br><br>Defendant. | CR 22-01608-003-TUC-RM (LCK)<br><br>FINAL ORDER OF FORFEITURE<br><br>(Forfeiture Judgment $12,915.00) |
| --- | --- |

WHEREAS, on June 15, 2023, the defendant, Daniel Axel Garcia, pled guilty to Counts Two, Three, Four, and Five of the Indictment, which charged him with Aiding and Abetting a False Statement in Connection with Purchase of Firearms, in violation of Title 18, United States Code, Sections 2, 922(a)(6), and 924(a)(2), and having made an admission to facts in support of the plea, and,

WHEREAS, the United States moves under Title 18 United States Code, Section 924(d); Title 28, United States Code, Section 2461(c); and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, to forfeit the following firearms (hereinafter "Firearms Not Seized"):

| Line | Asset Description | Serial Number | Price |
| --- | --- | --- | --- |
| 1 | F.N., model Scar 17s, .308 caliber, semi-automatic rifle | HC61469 | $5,000.00 |
| 2 | F.N. Scar 17s, .308 caliber, semi-automatic rifle | HC59025 | $4,500.00 |
| 3 | F.N. Scar 17, 7.62x51mm caliber, semi-automatic rifle | H1C10205 | $3,415.00 |
| | | Total | $12,915.00 |

1  which constitutes firearms involved in or used in violation of the offense to which the

2  defendant pled guilty, and

3       WHEREAS, the United States has established that pursuant to Title 21, United

4  States Code, Section 853(p), that the Firearms Not Seized, a) cannot be located upon the

5  exercise of due diligence; b) has been transferred or sold to, or deposited with, a third

6  party; c) has been placed beyond the jurisdiction of the court; d) has been substantially

7  diminished in value; or e) has been commingled with other property which cannot be

8  divided without difficulty; and

9       WHEREAS, the United States has established that the value of the Firearms Not

10  Seized is $12,915.00 in United States currency; and

11       WHEREAS, the defendant agreed to pay and forfeit the amount of $12,915.00 in

12  United States currency, as a substitute asset in lieu of, and in satisfaction of, the forfeiture

13  of the Firearms Not Seized, as authorized by Title 21, United States Code, Section

14  853(p)(2), as incorporated by Title 28, United States Code, Section 2461(c), it is

15       THEREFORE, ORDERED, ADJUDGED and DECREED that pursuant to Title

16  21, United States Code, Section 853(p), the United States may seek, as a substitute asset,

17  forfeiture of any of the defendant's property up to $12,915.00 in United States currency.

18       IT IS FURTHER ORDERED that each defendant shall receive credit for payments

19  made by the others, which amount shall not exceed $12,915.00 in United States currency.

20       IT IS FURTHER ORDERED that the United States may, at any time, move

21  pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a

22  value not to exceed $12,915.00 in United States currency.

23       IT IS FURTHER ORDERED that pursuant to Fed. R. Crim. P. 32.2(b)(4), this

24  Order of Forfeiture shall be made part of the sentence and included in the judgment.

25       IT IS FURTHER ORDERED that any payments by the defendant be made payable

26  to the United States Marshals Service via a certified check or money order and mailed to the

27  United States Marshals Service, Attn:  Asset Forfeiture Unit, 401 West Washington Street,

28  *United States of America v. Daniel Axel Garcia*
   *Order of Forfeiture – Page 2 of 3*

1  SPC-64, #270, Phoenix, Arizona 85003, and reference defendant's name and "23-ATF-

2  015871;" and

3        IT IS FURTHER ORDERED that the United States alone shall hold clear title to the

4  monies paid by the defendant to satisfy this Order following the Court's entry of the

5  judgment of conviction.

6        IT IS FURTHER ORDERED that the United States District Court shall retain

7  jurisdiction in the case for the purpose of enforcing this Order.

8        IT IS FURTHER ORDERED that the Clerk is hereby directed to send copies of this

9  Order to defendant's counsel of record.

10

11        DATED this  26th  day of  February , 2023.

12

13

14                                            ROSEMARY MARQUEZ
                                              United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28  *United States of America v. Daniel Axel Garcia*
    *Order of Forfeiture – Page 3 of 3*